# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VIRNETX, INC., and LEIDOS, INC.,** § § § | |
| **Plaintiffs/Counterclaim Defendants,** § § | **Civil Action No. 6:13-cv-00351-LED** |
| v. § § | |
| **MICROSOFT CORPORATION,** § § | |
| **Defendant/Counterclaimant.** § § | |

## ORDER OF DISMISSAL

On this day came on to be heard the parties' Joint Motion to Dismiss, and the Court having considered same, is of the opinion the dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted against Microsoft Corporation ("Microsoft") in this action are dismissed with prejudice.

Microsoft's affirmative defenses and counterclaims of (i) non-infringement and invalidity and (ii) unenforceability in this action are dismissed without prejudice. Microsoft's other counterclaims in this action are dismissed with prejudice.

Each party shall bear its own costs, expenses, and attorney's fees.

This is a final judgment.

**So ORDERED and SIGNED this 23rd day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**